Argument 24-1574 Associated Energy v. United States